# Fenestration Architectural Products, LLC

5 Eastern Avenue
East Providence, Rhode Island 02914
(401) 434-3370 • Fax: (401) 434-3686

September 30, 2005

Tomas Micherone
Draper & Kramer, Inc.
50 Terminal Street
Charlestown, MA 02129
Tel: 508-446-3480
Fax:978-441-2002

Dear Mr. Micherone

In order to enhance and further the continued growth and expansion of Fenestration Architectural Products, LLC we have entered into an accounts receivable financing agreement with Rockland Credit Finance LLC ("Rockland"). Accordingly, Rockland has purchased receivables due from you and we request that you forwarding all your future payments as instructed below.

This letter hereby authorizes and advises you to remit payment of all present and future invoices due to Home Director and its affiliates directly to Rockland and continue to do so until notified otherwise by Rockland. Please make sure that your checks for these invoices specify which invoices are being paid. Please mail payments to:

Rockland Credit Finance, LLC
Department 595
P0 Box 17553
Baltimore, MD 21203-7553

Or wire funds to:

| | |
|---|---|
| Bank: | Bank of America<br>Lutherville, MD 21093 |
| Account Name: | Rockland Credit Finance, LLC |
| Account #: | [redacted]113 |
| ABA Routing - wire #: | [redacted]393 |
| ABA Routing - ACH & EFT#: | [redacted]033 |

You may be contacted to verify the validity of these invoices. Please help us to expedite this transaction by assisting Rockland in any way possible.

Your cooperation in this matter is greatly appreciated and we thank you for understanding. Please acknowledge receipt of this letter and return it immediately via Fax (410) 902-0893.

Sincerely,

[signature]

AGREED TO AND ACKNOWLEDGED:
[signature]
(Debtor)
By: Tomas Micherone
Title: Controller