11/17/2005 11:53 4014343686 FENESTRATION ARCH PR PAGE 01

FENESTRATION ARCHITECTURAL PRODUCTS, LLC

5 Eastern Avenue
East Providence, RI. 02914

# FAX

**Date:** *November 17, 2005*
**Number of pages including cover sheet:** 6

**TO:** Jerry Hassan
**FIRM:** Rockland Credit
**RE:** Parris Landing 3rd Advance
**PHONE:** 410-902-0393 ext 105
**FAX:** 410-902-0893
**CC:**

**FROM:** Abdel ElSawabi
**PHONE:** *(401) 434-3370 Ext. 208*
**FAX:** *(401) 434-3686*

**REMARKS:** ☐ Urgent ☒ For your review ☐ Reply ASAP ☐ F.Y.I.

Good morning Jerry,

Please see attached the form for advance #4
I do need the advance no later than Monday, November 21, 2005

Thank you,
Abdel ElSawabi

11/9/4 — 439,650.00 × 75 — 329,737.50
RCP — 439,650.00 × 75 — 329,737.00
40k — 265,875 — Q/1

ASSIGNMENT NO. 4

# ASSIGNMENT AND TRANSFER OF ACCOUNTS RECEIVABLE

ASSIGNOR: Fenestration Architectural Products, LLC

5 Eastern Avenue
East Providence, RI 02914

ASSIGNEE:

ROCKLAND CREDIT FINANCE LLC
8 Park Center Court, Suite 212
Owings Mills, MD 21117

1. Assignment of Accounts. Pursuant to and subject to the terms and conditions of that certain Master Factoring Agreement between Assignor and Assignee (the **"Factoring Agreement"**), Assignor hereby sells, assigns and transfers to Assignee all of its right, title and interest in and to the Accounts arising from the Invoices identified in Schedule A.

2. Advance Payment: Assignor hereby acknowledges and confirms the payment by Assignee and the receipt by Assignor of the Advance Payment shown on Schedule A.

3. Representations and Warranties. Assignor hereby confirms, represents and warrants to Assignee that all representations and warranties made by Assignor to Assignee in the Factoring Agreement are true and correct in all respects on Effective Date of this Assignment and that no Default exists under the Factoring Agreement on Effective Date.

4. Effective Date. The effective date of the transfer of the Assigned accounts pursuant to this Assignment (the **"Effective Date"**) shall be the date set forth below as the effective date of Assignee's acceptance.

5. Defined Terms. Capitalized terms used herein and not defined herein shall have the respective meanings ascribed to such terms in the Factoring Agreement.

IN WITNESS WHEREOF, the parties have executed this Assignment intending to be legally bound as of the Effective Date.

**Assignor: Fenestration Architectural Products, LLC**

Abdel M. ElSawabi / President

By: [signature]
[signature of authorized officer]

Print Name: Abdel M. ElSawabi

Title: President

**ROCKLAND CREDIT FINANCE LLC**

By: [signature]

Name:

Title:

Effective Date of Acceptance: 11/21/05

**SCHEDULE A**
**TO ASSIGNMENT AND TRANSFER OF ACCOUNTS RECEIVABLE**

Assignor: Fenestration Architectural Products, LLC

Assignment #: 4

Effective Date: November 17, 2005

**ASSIGNED ACCOUNTS**

The Account(s) identified below and on the invoices, contracts and/or other evidence thereof attached hereto, if any, is/are being sold, assigned and transferred by Assignor to ROCKLAND CREDIT FINANCE LLC pursuant to the foregoing Assignment.

| ACCOUNT DEBTOR (CUSTOMER) | INVOICE NO. | INVOICE DATE | P.O./CONTRACT NO. | NET FACE AMOUNT(S) | TERMS OF SALE |
|---|---|---|---|---|---|
| Draper and Kramer | 007 | 10/30/05 | Feb. 02, 2005 | $879,300.00 | Net 60 Days |
| | | | (A) TOTAL AMOUNT OF THIS ASSIGNMENT: | $ 879,300.00 | |

(B) ADVANCE RATE: 75%

(C) TOTAL ADVANCE REQUESTED (LINE A X LINE B): $ 659,475.00

FACSIMILE TRANSMISSION FORM
Rockland Credit Finance, LLC

INVOICE ACKNOWLEDGEMENT

DATE: November 16, 2005

SENDER: Martin Helfand
Rockland Credit Finance, LLC
TEL: 410-902-0393 ext 106

FAX: 410-902-0893

Mailing Address:

Rockland Credit Finance, LLC
Department 595
P.O. Box 17553
Baltimore, MD 21293-7553

Fenestration Architectural Products, LLC.
5 Eastern Avenue, E. Providence, RI 02914
RECIPIENT: Dasper & Kramer, Inc.

TEL: 508-446-3480 Project Acc. Office

FAX: 508-446-3888

Please be advised that your Vendor as referenced above, has entered into a Master Factoring Agreement with Rockland Credit Finance, LLC ("RCF") and that upon receipt by RCF of this executed Acknowledgement, RCF shall, in reliance thereon, purchase all right, title and interest in the invoice(s) listed below from your vendor, pursuant to said agreement. Please sign where indicated, acknowledging that, in the case of goods, they have been received and accepted, or in the case of services, they have been fully and satisfactorily performed, in accordance with the below-listed Purchase Order(s) or Contract(s), that there has been no breach of same by your vendor and there are no existing claims or defenses to same, that the invoice(s) are true and payable in accordance with their terms and that they shall be paid in full, without offset or deduction of any amount whatsoever, notwithstanding claims of third parties, directly only to RCF at the address set forth above. This no offset acknowledgment is in effect for the invoices listed below or attached. Not withstanding the foregoing, you recognize and reaffirm that any claim you have may not be asserted against RCF as the assignee of the invoices. Please fax this form to me at the fax number above. Thank you for your help. Please call me if you have any questions.

| INVOICE DATE | INVOICE NUMBER | P.O./CONTRACT# | PAYMENT TERMS | INVOICE AMOUNT |
|---|---|---|---|---|
| 10/30/05 | 007 | Feb. 02, 2005 | Per Contract | $879,300.00 |

This Form shall be deemed notice to the undersigned of said sale and assignment, and further notice thereof is hereby waived. The undersigned hereby acknowledges that he/she has the authority to sign this form and further acknowledges the foregoing on this 10 day of November 2005.

[signature] Controller Tomas Micherone
(Signature) (Title/Position) (Print Name)

PLEASE SIGN AND FAX BACK TO (410) 902-0893. Thank You.

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA Document G702 (Instructions on reverse side) PAGE ONE OF TWO

TO (CM): Draper & Kramer, Incorporated
33 West Monroe Street
Suit 1900, Chicago, IL 60603

PROJECT: Parris Landing
42 8th Street
Charlestown, MA 02129

APPLICATION NO. 007

PERIOD 10/30/2005

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

FROM (CONTRACTOR): Fenestration Architectural Products, LLC
5 Eastern Avenue
East Providence, RI 02914

VIA ARCHITECT: Finegold Alexander Assoc. Inc.
77 North Washington Street
Boston, MA 02114

ARCHITECT'S PROJECT #

CONTRACT FOR: Glass & Glazing

CONTRACT DATE :February 02, 2005

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by Owner | TOTAL | | |
| Approved this Month | | | |
| Number | Date Approved | | |
| CO#1 | 10/20/2005 | 350,000.00 | |
| | TOTALS | $ 350,000.00 | $ - |
| Net change by Change Orders | | | $ 350,000.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by t

Abdel M. ElSawabi President

1.ORIGINAL CONTRACT SUM $ 4,266,566.00
2.Net change by change orders $ 350,000.00
3.CONTRACT SUM TO DATE (Line 1+ 2) $ 4,616,566.00
4.TOTAL COMPLETED & STORED TO DATE (Column G on G703) $ 4,104,054.33
5.RETAINAGE:
a. 10 % of Completed Work (Column D+E on G703) $ 4,104,054.33
b. 0 % of Stored Material (Column F on G703) $ -
$ 410,405.43
6.TOTAL EARNED LESS RETAINAGE (Line 4 less line 5 Total) $ 3,693,648.90
7.LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $ 3,108,848.90
8.CURRENT PAYMENT DUE $ 879,300.00
9.BALANCE TO FINISH, PLUS RETAINAGE (Line 3 less line 6) $ 922,917.10

State of : County of:
Subscribed and sworn to before me this day of ,2005
Notary Public:
My commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as i

AMOUNT CERTIFIED $

*(Attach explanation if amount certified differs from the amount applied for)*

ARCHITECT:

By: Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# CONTINUATION SHEET (PARRIS LANDING)

AIA DOCUMENT G703 (Instructions on reverse side) PAGE TWO OF TWO

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 007
APPLICATION DATE: 10/16/2005
PERIOD TO: 11/15/2005
ARCHITECT'S PROJECT NO.: 0

| A | B | C | D | E | F | G | | H | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D +E +F) | % (G-C) | BALANCE TO FINISH (C-G) | RETAINAG |
| 1 | Shop Drawing & Submittals | $ 55,000.00 | $ 55,000.00 | | | $ 55,000.00 | 100 | $ - | $ 5,500.0 |
| 2 | Bond | $ 62,393.00 | $ 62,393.00 | | | $ 62,393.00 | 100 | $ - | $ 6,239.3 |
| 3 | Field Dimensions | $ 60,000.00 | $ 60,000.00 | | | $ 60,000.00 | 100 | $ - | $ 6,000.0 |
| | **Section 08520 Alum. Windows** | | | | | | | | |
| 4 | Aluminum Glazed Windows Materials | $ 1,850,000.00 | $1,243,554.00 | $ 375,000.00 | | $ 1,618,554.00 | 87 | $ 231,446.00 | $ 161,855.4 |
| 5 | Aluminum Windows Field Installation | $ 1,092,871.00 | $ 748,610.33 | $ 195,000.00 | | $ 943,610.33 | 86 | $ 149,260.67 | $ 94,361.0 |
| | **Section 08700 Skylight** | | | | | | | | |
| 6 | Skylight Material | $ 280,672.00 | $ 250,000.00 | $ 20,000.00 | | $ 270,000.00 | 96 | $ 10,672.00 | $ 27,000.0 |
| 7 | Skylight Field Installation | $ 259,090.00 | $ 150,000.00 | $ 92,000.00 | | $ 242,000.00 | 93 | $ 17,090.00 | $ 24,200.0 |
| | **Patio Doors** | | | | | | | | |
| 8 | Patio Doors Material | $ 55,296.00 | $ 55,296.00 | | | $ 55,296.00 | 100 | $ - | $ 5,529.6 |
| 9 | Patio Doors Field Installation | $ 37,404.00 | $ 37,404.00 | | | $ 37,404.00 | 100 | $ - | $ 3,740.4 |
| | **Store Front & Curtainwall** | | | | | | | | |
| 10 | S.F. & CW Material | $ 240,000.00 | $ 240,000.00 | | | $ 240,000.00 | 100 | $ - | $ 24,000.0 |
| 11 | 3rd Floor Bldg. 5&7 Field Installation | $ 173,840.00 | $ 173,840.00 | | | $ 173,840.00 | 100 | $ - | $ 17,384.0 |
| | **Caulking** | | | | | $ - | | $ - | $ - |
| 12 | Caulking Material & Labor | $ 100,000.00 | $ 50,957.00 | $ 20,000.00 | | $ 70,957.00 | 71 | $ 29,043.00 | $ 7,095.7 |
| | **Change Orders** | | | | | | | | |
| 13 | CO#1 (Add Garage Office) | $ 350,000.00 | | $ 275,000.00 | | $ 275,000.00 | 79 | $ 75,000.00 | $ 27,500.0 |
| | | $ 4,616,566.00 | $ 3,127,054.33 | $ 977,000.00 | $ - | $ 4,104,054.33 | 88.90 | $ 512,511.67 | $ 410,405.4 |