APPLICATION AND CERTIFICATE FOR PAYMENT AIA Document G702 (Instructions on reverse side) PAGE ONE OF TWO

TO (CM): Draper & Kramer, Incorporated
50 Terminal Street
Charlestown, MA 02129

PROJECT: Parris Landing
42 8th Street
Charlestown, MA 02129

APPLICATION NO. 009
PERIOD 1/31/2006

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

FROM (CONTRACTOR): Fenestration Architectural Products, LLC
5 Eastern Avenue
East Providence, RI 02914

VIA ARCHITECT: Finegold Alexander Assoc. Inc.
77 North Washington Street
Boston, MA 02114

ARCHITECT'S PROJECT #

CONTRACT FOR: Glass & Glazing

CONTRACT DATE :February 02, 2005

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | | | |
| Approved this Month | | | |
| Number | Date Approved | | |
| CO#1 | 10/20/2005 | 350,000.00 | |
| CO's | See Sch. #9 | 73,943.00 | |
| | TOTALS | $ 423,943.00 | $ - |
| Net change by Change Orders | | | $ 423,943.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,

information and belief the Work covered by this Application for Payment has been

completed in accorfance with the Contract Documents, that all amounts have been paid by t

Abdel M. ElSawabi President

1.ORIGINAL CONTRACT SUM.................................... $ 4,266,566.00
2.Net change by change orders.................................. $ 423,943.00
3.CONTRACT SUM TO DATE (Line 1+ 2)...................... $ 4,690,509.00
4.TOTAL COMPLETED & STORED TO DATE................ $ 4,642,192.00
(Column G on G703)
5.RETAINAGE:
a. 8 % of Completed Work 371,375.36
(Column D+E on G703)
b. 0 % of Stored Material $ -
(Column F on G703) $ 371,375.36
6.TOTAL EARNED LESS RETAINAGE........................... $ 4,270,816.64
(Line 4 less line 5 Total)
7.LESS PREVIOUS CERTIFICATES FOR
PAYMENT (Line 6 from prior Certificate)................ $ 4,090,538.04
8.CURRENT PAYMENT DUE........................................ $ 180,278.60
9.BALANCE TO FINISH, PLUS RETAINAGE.................. $ 419,692.36
(Line 3 less line 6)

State of : County of:
Subscribed and sworn to before me this day of ,2005
Notary Public:
My commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the date comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as i

AMOUNT CERTIFIED............................................... $

*(Attach explanation if amount certified differs from the amount applied for)*

ARCHITECT:

By: Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CONTINUATION SHEET (PARRIS LANDING) AIA DOCUMENT G703 (instructions on reverse side) PAGE TWO OF TWO

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 009
APPLICATION DATE: 1/15/2006
PERIOD TO: 1/31/2006
ARCHITECT'S PROJECT NO.: 0

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D +E +F) | % (G-C) | BALANCE TO FINISH (C-G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Shop Drawing & Submittals | $ 55,000.00 | $ 55,000.00 | | | $ 55,000.00 | 100 | $ - | $ 4,400.00 |
| 2 | Bond | $ 62,393.00 | $ 62,393.00 | | | $ 62,393.00 | 100 | $ - | $ 4,991.44 |
| 3 | Field Dimensions | $ 60,000.00 | $ 60,000.00 | | | $ 60,000.00 | 100 | $ - | $ 4,800.00 |
| | **Section 08520 Alum. Windows** | | | | | | | | |
| 4 | Aluminum Glazed Windows Materials | $ 1,850,000.00 | $ 1,850,000.00 | | | $ 1,850,000.00 | 100 | $ - | $ 148,000.00 |
| 5 | Aluminum Windows Field Installation | $ 1,092,871.00 | $ 992,871.00 | $ 70,000.00 | | $ 1,062,871.00 | 97 | $ 30,000.00 | $ 85,029.68 |
| | **Section 08700 Skylight** | | | | | | | | |
| 6 | Skylight Material | $ 280,672.00 | $ 270,000.00 | $ 10,672.00 | | $ 280,672.00 | 100 | $ - | $ 22,453.76 |
| 7 | Skylight Field Installation | $ 259,090.00 | $ 246,273.00 | $ 8,500.00 | | $ 254,773.00 | 98 | $ 4,317.00 | $ 20,381.84 |
| | **Patio Doors** | | | | | | | | |
| 8 | Patio Doors Material | $ 55,296.00 | $ 55,296.00 | | | $ 55,296.00 | 100 | $ - | $ 4,423.68 |
| 9 | Patio Doors Field Installation | $ 37,404.00 | $ 37,404.00 | | | $ 37,404.00 | 100 | $ - | $ 2,992.32 |
| | **Store Front & Curtainwall** | | | | | | | | |
| 10 | S.F. & CW Material | $ 240,000.00 | $ 240,000.00 | | | $ 240,000.00 | 100 | $ - | $ 19,200.00 |
| 11 | 3rd Floor Bldg. 5&7 Field Installation | $ 173,840.00 | $ 171,000.00 | $ 2,840.00 | | $ 173,840.00 | 100 | $ - | $ 13,907.20 |
| | **Caulking** | | | | | $ - | | $ - | $ - |
| 12 | Caulking Material & Labor | $ 100,000.00 | $ 81,000.00 | $ 10,000.00 | | $ 91,000.00 | 91 | $ 9,000.00 | $ 7,280.00 |
| | **Change Orders** | | | | | | | | |
| 13 | CO#1 (Add Garage Office) | $ 350,000.00 | $ 325,000.00 | $ 20,000.00 | | $ 345,000.00 | 99 | $ 5,000.00 | $ 27,600.00 |
| 14 | Install Trim @ Bulding #5 (Sign Slip) | $ 45,221.00 | | $ 45,221.00 | | $ 45,221.00 | 100 | $ - | $ 3,617.68 |
| 15 | Install Louver @ 20 H. Unit(Sign Slip) | $ 9,522.00 | | $ 9,522.00 | | $ 9,522.00 | 100 | $ - | $ 761.76 |
| 16 | Conect Electric Strick(Sign Slip) | $ 1,200.00 | | $ 1,200.00 | | $ 1,200.00 | 100 | $ - | $ 96.00 |
| 17 | Change Vision Glass to Panels(Sign Slip) | $ 5,500.00 | | $ 5,500.00 | | $ 5,500.00 | 100 | $ - | $ 440.00 |
| 18 | 10 Door @ Building #3 | $ 12,500.00 | | $ 12,500.00 | | $ 12,500.00 | 100 | $ - | $ 1,000.00 |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| | | $ 4,690,509.00 | $ 4,446,237.00 | $ 195,955.00 | $ - | $ 4,642,192.00 | 98.97 | $ 48,317.00 | $ 371,375.36 |