AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Rhode Island

ROCKLAND CREDIT FINANCE, LLC

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 07-431

ABDELRAHMAN ELSAWABI;
THOMAS J. MICHERONE; and
FENESTRATION ARCHITECTURAL
PRODUCTS, LLC

TO: (Name and address of defendant)

Abdelrahman Elsawabi
102 Blackstone Boulevard
Providence, RI
265-8845
350 Country View Dr. Warwick

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Richard Ratcliffe, Esq.
Jeffrey Biolchini, Esq.
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903
Tel: 401-331-3400
Fax: 401-331-3440

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12-3-07

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/5/07 |
| NAME OF SERVER (*PRINT*) Thomas Noury | TITLE |

*Check one box below to indicate appropriate method of service*

P.O. Box 114026
North Providence, RI 02911

☐ Served personally upon the defendant. Place where served: Ahmed Mehk

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Ahmed - Brother
350 Country View Dr. Warwick R.I.

☐ Returned unexecuted:

☐ Other (*specify*):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/5/07 (*Date*) [signature] (*Signature of Server*)

Thomas Noury
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.