**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ROCKLAND CREDIT FINANCE, LLC,

Plaintiff,

vs.

ABDELRAHMAN ELSAWABI;
THOMAS J. MICHERONE; and
FENESTRATION ARCHITECTURAL
PRODUCTS., LLC,

Defendants.

Case No.: 07-431 ML

**MOTION FOR ENTRY OF DEFAULT**

Plaintiff Rockland Credit Finance, LLC, moves for entry of default against all defendants named herein. This motion is supported by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 6th day of March, 2008

The Plaintiff,
Rockland Credit Finance, LLC
By its Attorneys,

**Ratcliffe Burke Harten & Elias, LLP**

/s/ J. Richard Ratcliffe

J. Richard Ratcliffe, # 2603
Jeffrey Biolchini, # 7320
1600 Financial Plaza
Providence, R.I. 02903
Tel:(401)331-3400
Fax:(401)331-3440
Email: jbiolchini@rbhelaw.com

**CERTIFICATION**

I hereby certify that on the 6th day of March, 2008, a true and accurate copy of the within was mailed to:

Michael Egan, Esq
1865 Post Road, Suite 206
Warwick, RI 02886

Abdelrahman Elsawabi
Fenestration Architectural Products, LLC
350 Country View Drive
Warwick, RI 02886

/s/ J. Richard Ratcliffe