**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ROCKLAND CREDIT FINANCE, LLC,

Plaintiff,

vs.

ABDELRAHMAN ELSAWABI;
THOMAS J. MICHERONE; and
FENESTRATION ARCHITECTURAL
PRODUCTS., LLC,

Defendants.

Case No.: 07-431 ML

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff Rockland Credit Finance, LLC, moves for entry of judgment by default against all defendants named herein. This motion is supported by Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Dated this 6th day of March, 2008

The Plaintiff,
Rockland Credit Finance, LLC
By its Attorneys,

**Ratcliffe Burke Harten & Elias, LLP**

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, # 2603
Jeffrey Biolchini, # 7320
1600 Financial Plaza
Providence, R.I. 02903
(401)331-3400
(401)331-3440 Fax

**CERTIFICATION**

I hereby certify that on the 6th day of March, 2008, a true and accurate copy of the within was mailed to:

Michael Egan, Esq.
1865 Post Road, Suite 206
Warwick, RI 02886

Abdelrahman Elsawabi
Fenestration Architectural Products, LLC
350 Country View Drive
Warwick, RI 02886

/s/ J. Richard Ratcliffe