**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ROCKLAND CREDIT FINANCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ABDELRAHMAN ELSAWABI;<br>THOMAS J. MICHERONE; and<br>FENESTRATION ARCHITECTURAL<br>PRODUCTS., LLC,<br><br>Defendants. | Case No.: 07-431 ML |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff Rockland Credit Finance, LLC moves for entry of default against all defendants named herein for failure to plead or otherwise defend against the Plaintiff's Verified Complaint. This motion is supported by Rule 55(a) of the Federal Rules of Civil Procedure, the Affidavit of J. Richard Ratcliffe, and the accompanying memorandum.

Dated this 27th day of March, 2008

The Plaintiff,
Rockland Credit Finance, LLC
By its Attorneys,

**Ratcliffe Burke Harten & Elias, LLP**

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, # 2603
Jeffrey Biolchini, # 7320
1600 Financial Plaza
Providence, R.I. 02903
Tel:(401)331-3400
Fax:(401)331-3440
Email: rratcliffe@rbhelaw.com

**CERTIFICATION**

I hereby certify that Defendants are not now, nor were they at the time of the commencement of this action in the Military Service of the United States as defined in Article 1 of the "'Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor an infant nor an incompetent person, and that on the 27th day of March, 2008, a true and accurate copy of the within was mailed by both regular mail, postage prepaid, and by certified registered mail, return receipt requested (see **Exhibit B**), to the following defendants at the address which to the best of my knowledge is the last known address of each defendant:

Michael Egan, Esq. (Attorney for Thomas Micherone)
1865 Post Road, Suite 206
Warwick, RI 02886

Thomas Micherone
285 E. Main Street, Apt. 3
Norton, MA 02766

Abdelrahman Elsawabi
350 Country View Drive
Warwick, RI 02886
(and via email to: fenestratn@aol.com)

Fenestration Architectural Products, LLC
C/o Rhode Island Secretary of State
148 W. River Street
Providence, RI 02904

/s/ J. Richard Ratcliffe

A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ROCKLAND CREDIT FINANCE, LLC,

Plaintiff,

vs.

ABDELRAHMAN ELSAWABI; THOMAS J. MICHERONE; and FENESTRATION ARCHITECTURAL PRODUCTS., LLC,

Defendants

Case No.: 07-431 ML

**AFFIDAVIT OF J. RICHARD RATCLIFFE**
**IN SUPPORT OF MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

The undersigned, J. Richard Ratcliffe, being duly sworn, upon oath deposes and says:

1) I am the attorney of record for the Plaintiff Rockland Credit Finance, LLC ("Rockland") and have personal knowledge of the facts set forth in this affidavit;

2) I have been licensed to practice law in the State of Rhode Island since 1981, and have been engaged in the practice of law full time since 1983;

3) I have focused my practice on civil and criminal trials and appellate practice and am currently the managing partner at Ratcliffe, Burke, Harten & Elias, LLP;

4) On November 27, 2007, Rockland filed a Complaint against Abdelrahman Elsawabi, Thomas J Micherone, and Fenestration Architectural Products, LLC ("Fenestration") in the above-captioned matter;

5) Mr Elsawabi was served with the Summons and Complaint on December 20, 2007 at the address which to the best of my knowledge is his last known address, *i.e.*, 350 Country View Drive, in Warwick, Rhode Island, 02886;

6) Not less than twenty (20) days have elapsed since service of the Summons and Complaint upon Mr Elsawabi;

7) Fenestration was served with the Summons and Complaint via service on the Rhode Island Secretary of State's Office on December 14, 2007 as Fenestration no longer had a Rhode Island registered agent;

8) Not less than thirty (30) days have elapsed since service of the Summons and Complaint upon Fenestration;

9) Mr Micherone waived service of the Summons and Complaint on December 20, 2007 via a signed waiver;

10) To the best of my knowledge, Mr Micherone's last known address is 285 E. Main Street, Apt. 3, in Norton, Massachusetts, 02766;

11) Not less than sixty (60) days have elapsed since waiver of service of the Summons and Complaint by Mr Micherone;

12) On December 11, 2007, Mr. Elsawabi telephoned me and stated that he was presently in Houston, Texas, that his brother-in-law had forwarded Rockland's Complaint to him, and that he would be representing himself in this matter;

13) On December 31, 2007, Mr. Elsawabi emailed me a proposal related to Rockland's Complaint, which proposal Rockland declined;

14) On January 7, 2008, Mr. Elsawabi emailed me to request an additional ninety (90) days to answer the Complaint, and in response, I told Mr. Elsawabi that I would have no objection to a motion to extend the time for his answer until February 15, 2008;

15) On February 29, 2008, I telephoned Attorney Michael Eagan, who is counsel for Mr. Micherone, and left a message asking whether Mr. Micherone intended to answer the Complaint;

16) A few days after February 29, 2008, Attorney Eagan left me a voice mail stating that Mr. Micherone did not intend to answer the Complaint;

17) Examination of the Court files and records in this action shows that Defendants have failed to plead or otherwise defend as to Rockland's Complaint;

18) Defendants are not now, nor were they at the time of the commencement of this action in the Military Service of the United States as defined in Article 1 of the "'Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor an infant nor an incompetent person;

19) As of March 20, 2008, Rockland has incurred expenses for attorneys' fees in the amount of $9,150 00, which sum accounts for 12.3 hours of time billed at the partner rate of $300.00 per hour, and 36.4 hours of time billed at the associate rate of $150 00 per hour;

20) The work performed during the hours reported above includes the following:

Review of elements of civil conspiracy, civil liability for larceny by false pretenses, and deceit;

Review of 28 USC § 1391 and 18 USC §§ 1961 and 1962, researching elements of pattern of racketeering activity, wire fraud and conspiracy to commit wire fraud;

Teleconferences with Rockland regarding racketeering complaint and possible criminal prosecution;

Drafting complaint and assembling exhibits;

Review and analysis of deposition transcripts;

Drafting requests for production and reviewing documents produced;

Review of corporate filings and bank documents;

Review of documents to determine amounts invoiced, and amounts paid in connection with inconsistencies in invoice numbering;

Review of documents to identify invoices assigned, relevant dates, reserve amounts released, matching same with each invoice;

Contacting Draper & Kramer to locate missing invoices;

Discussing issues among firm attorneys and with Rockland;

Assessing and reconstructing facts;

Discussing possible settlement with Defendants;

Attempting to locate Defendants;

Communicating with Defendants and their counsel regarding service of the Complaint and waiver of service;

Preparation of waiver of service letters;

Communications with law enforcement agencies;

Preparing motions for default and judgment by default;

21) In the course of my practice and experience, I have become familiar with the hourly rates charged by attorneys in Rhode Island;

22) I have served as an expert witness regarding attorneys' fees petitions in the past and have had the opportunity to learn the hourly rates charged by those attorneys in the matters that I reviewed;

23) In my experience and based upon my awareness of the fees typically charged by attorneys in Rhode Island, $300.00 per hour is a reasonable hourly rate for an experienced partner level attorney, and $150.00 per hour is a reasonable hourly rate for an associate attorney;

24) The costs incurred in the prosecution of this matter are itemized below:

| Charges | Amount |
|---|---|
| Filing fee | $350.00 |
| Constable fees | $105.00 |
| Postage | $1.23 |

25) In forming my opinion, I have specifically considered the time and labor required, the skill requisite to perform the legal services properly, the fee customarily charged in the metropolitan Providence area for similar legal services, the amount in controversy, and the results obtained.

J. Richard Ratcliffe

Subscribed and sworn to before me at Providence, Rhode Island this 27th day of March, 2008.

Notary Public

Kathleen Dias
Notary Public State of RI
No 43546
Commission Expires 7/27/10

My Commission Expires:

B

7003 2260 0006 8576 8035

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.62 |

Postmark Here

Rockland (Fed)

Sent To: Abdelrahman Elsawabi
Street, Apt. No.; or PO Box No.: 350 Country View Drive
City, State, ZIP+4: Warwick, RI 02886

PS Form 3800, June 2002 — See Reverse for Instructions

---

7003 2260 0006 8576 8042

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.62 |

Postmark Here

Rockland (Fed)

Sent To: Fenestration Architectural Products LLC
Street, Apt. No.; or PO Box No.: c/o RI Sec. of State, 148 W. River Street
City, State, ZIP+4: Providence, RI 02904

PS Form 3800, June 2002 — See Reverse for Instructions

---

7003 2260 0006 8576 8028

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.62 |

Postmark Here

Rockland (Fed)

Sent To: Thomas Micherone
Street, Apt. No.; or PO Box No.: 285 E Main Street, Apt. 3
City, State, ZIP+4: Norton, MA 02766

PS Form 3800, June 2002 — See Reverse for Instructions

---

7003 2260 0006 8576 8011

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.62 |

Postmark Here

Rockland (Fed)

Sent To: Michael Egan, Esq.
Street, Apt. No.; or PO Box No.: 1865 Post Road, Suite 206
City, State, ZIP+4: Warwick, RI 02886

PS Form 3800, June 2002 — See Reverse for Instructions