**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ROCKLAND CREDIT FINANCE, LLC,<br>Plaintiff,<br>vs.<br>ABDELRAHMAN ELSAWABI; THOMAS J. MICHERONE; and FENESTRATION ARCHITECTURAL PRODUCTS., LLC,<br>Defendants. | Case No.: 07-431 ML |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff Rockland Credit Finance, LLC moves for entry of default against all defendants named herein for failure to plead or otherwise defend against the Plaintiff's Verified Complaint.

**FACTS**

On November 27, 2007, Rockland filed a Verified Complaint against Abdelrahman Elsawabi, Thomas J. Micherone, and Fenestration Architectural Products, LLC ("Fenestration") in the above-captioned matter. Mr. Elsawabi was served on December 20, 2007; Fenestration was served via the Rhode Island Secretary of State's Office on December 14, 2007 as it no longer had a Rhode Island registered agent. Not less than twenty (20) days have elapsed since service of the Summons and Complaint upon Mr. Elsawabi, and not less than thirty (30) days have elapsed since service of the Summons and Complaint upon Fenestration. Mr. Micherone waived service of the Summons and Complaint on December 20, 2007 via a signed waiver. Not less than sixty (60) days have elapsed since waiver of service of the Summons and Complaint by Mr. Micherone. As of March 27, 2008, all of the defendants named herein have failed to plead

or otherwise defend against the Verified Complaint, and none of them are now, nor were they at the time of the commencement of this action in the Military Service of the United States as defined in Article 1 of the "'Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor an infant nor an incompetent person.

**APPLICABLE LAW**

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Fed. R. CIV. P. 55(a). A motion for entry of default or judgment by default shall include a certification that the defendants have been notified of the motion by both regular and certified registered mail, return receipt requested at their last known address. See LR Cv 55(a)-(b). A copy of the receipt shall be included with the certification. See LR Cv 55(a). In addition, there shall be a certification that the defendants are not in the military service of the United States as defined in the Soldiers' and Sailors' Act of 1940, as amended. LR Cv 55(c).

**DISCUSSION**

Examination of the Court files and records in this action shows that Defendants have failed to plead or otherwise defend as to Rockland's Complaint, which fact is further evidenced by the Affidavit of J. Richard Ratcliffe. Mr. Elsawabi has acknowledged Rockland's Complaint in communications with Attorney Ratcliffe, and counsel for Mr. Micherone has stated that Mr. Micherone does not intend to answer the Complaint. Rockland has notified defendants of this motion at the defendants last known addresses by both regular and certified registered mail, return receipt requested. A true and accurate copy of the receipt is appended to Rockland's motion as **Exhibit B**. Finally, the Affidvait of J. Richard Ratcliffe states that the defendants to this action are not in the military service of the United States as defined in the Soldiers' and

Sailors' Act of 1940, as amended, nor an infant nor an incompetent person. For these reasons, Rockland requests entry of default against all defendants named in this matter.

**CONCLUSION**

For the reasons set forth above, Rockland Credit Finance, LLC requests that this Court enter default against Abdelrahman Elsawabi, Thomas J. Micherone, and Fenestration Architectural Products, LLC.

Dated this 27th day of March, 2008

The Plaintiff,
Rockland Credit Finance, LLC
By its Attorneys,

**Ratcliffe Burke Harten & Elias, LLP**

/s/ J. Richard Ratcliffe

J. Richard Ratcliffe, # 2603
Jeffrey Biolchini, # 7320
1600 Financial Plaza
Providence, R.I. 02903
Tel:(401)331-3400
Fax:(401)331-3440
Email: rratcliffe@rbhelaw.com

**CERTIFICATION**

I hereby certify that Defendants are not now, nor were they at the time of the commencement of this action in the Military Service of the United States as defined in Article 1 of the "'Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor an infant nor an incompetent person, and that on the 27th day of March, 2008, a true and accurate copy of the within was mailed by both regular mail, postage prepaid, and by certified registered mail, return receipt requested, to the following defendants at the address which to the best of my knowledge is the last known address of each defendant:

Michael Egan, Esq. (Attorney for Thomas Micherone)
1865 Post Road, Suite 206
Warwick, RI 02886

Thomas Micherone
285 E. Main Street, Apt. 3
Norton, MA 02766

Abdelrahman Elsawabi
350 Country View Drive
Warwick, RI 02886
(and via email to: fenestratn@aol.com)

Fenestration Architectural Products, LLC
C/o Rhode Island Secretary of State
148 W River Street
Providence, RI 02904

/s/ J. Richard Ratcliffe