UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROCKLAND CREDIT FINANCE, LLC,
Plaintiff,

vs. C.A. N0. 07-431ML

ABDELRAHMAN ELSAWABI,
THOMAS J. MICHERONE, and
FENESTRATION ARCHITECTURAL PRODUCTS, LLC,
Defendants.

# CLERK'S ENTRY OF DEFAULT

## AS TO DEFENDANTS ABDELRAHMAN ELSAWABI, THOMAS J. MICHERONE, and FENESTRATION ARCHITECTURAL PRODUCTS, LLC

It appearing from the records in this action that Summons has been served upon defendants **ABDELRAHMAN ELSAWABI** and **FENESTRATION ARCHITECTURAL PRODUCTS, LLC**, and that Waiver of Service of Summons has been signed by defendant **THOMAS J. MICHERONE**, and it further appearing from the declaration of counsel for Plaintiff and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure that said defendants have failed to plead or otherwise defend in this action as directed in said Summonses and Waiver of Service of Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULTS of defendants **ABDELRAHMAN ELSAWABI**, **THOMAS J. MICHERONE**, and **FENESTRATION ARCHITECTURAL PRODUCTS, LLC,** hereby are entered.

Enter:

Deputy Clerk

DATED: March 28, 2008