**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ROCKLAND CREDIT FINANCE, LLC,<br>Plaintiff,<br>vs.<br>ABDELRAHMAN ELSAWABI; THOMAS J. MICHERONE; and FENESTRATION ARCHITECTURAL PRODUCTS., LLC,<br>Defendants. | Case No.: 07-431 ML |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff Rockland Credit Finance, LLC moves for entry of judgment by default against all defendants named herein for failure to plead or otherwise defend against the Plaintiff's Verified Complaint, and for said judgment in three times the amount of actual damages of $1,241,671.11, plus costs and attorneys' fees, for a total judgment of $3,734,619.56.

**FACTS**

On November 27, 2007, Rockland filed a Verified Complaint against Abdelrahman Elsawabi, Thomas J. Micherone, and Fenestration Architectural Products, LLC ("Fenestration") in the above-captioned matter, alleging, inter alia, violations of 18 U.S.C. § 1962(c) for racketeering and conspiracy to engage in a pattern of racketeering activity. Mr. Elsawabi was served on December 20, 2007; Fenestration was served via the Rhode Island Secretary of State's Office on December 14, 2007 as it no longer had a Rhode Island registered agent. Not less than twenty (20) days have elapsed since service of the Summons and Complaint upon Mr. Elsawabi, and not less than thirty (30) days have elapsed since service of the Summons and Complaint

upon Fenestration. Mr. Micherone waived service of the Summons and Complaint on December 20, 2007 via a signed waiver. Not less than sixty (60) days have elapsed since waiver of service of the Summons and Complaint by Mr. Micherone. As of March 26, 2008, all of the defendants named herein have failed to plead or otherwise defend against the Verified Complaint, and none of them are now, nor were they at the time of the commencement of this action in the Military Service of the United States as defined in Article 1 of the "'Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor an infant nor an incompetent.

**APPLICABLE LAW**

"When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person." Fed. R. CIV. P. 55(b)(1). A motion for entry of default or judgment by default shall include a certification that the defendants have been notified of the motion by both regular and certified registered mail, return receipt requested at their last known address. See LR Cv 55(a)-(b). A copy of the receipt shall be included with the certification. See LR Cv 55(a). In addition, there shall be a certification that the defendants are not in the military service of the United States as defined in the Soldiers' and Sailors' Act of 1940, as amended. LR Cv 55(c).

**DISCUSSION**

Examination of the Court files and records in this action shows that Defendants have failed to plead or otherwise defend as to Rockland's Complaint, which fact is further evidenced by the Affidavit of J. Richard Ratcliffe. Mr. Elsawabi has acknowledged Rockland's Complaint in communications with Attorney Ratcliffe, and counsel for Mr. Micherone has stated that Mr. Micherone does not intend to answer the Complaint. Rockland has notified defendants of this

motion at their last known addresses by both regular and certified registered mail, return receipt requested. A true and accurate copy of the receipt is appended to Rockland's motion as **Exhibit C**. Finally, the Affidvait of J. Richard Ratcliffe states that the defendants to this action are not in the military service of the United States as defined in the Soldiers' and Sailors' Act of 1940, as amended, nor an infant nor an incompetent person.

As to the amount of damages, the Affidavit of Martin Helfand, Chief Financial Officer of Rockland, states that Rockland's damages as of March 20, 2008 amount to $1,241,671.11. Per 18 U.S.C. § 1964, any person injured in his business or property by reason of a racketeering violation under section 1962 as averred in Rockland's Verified Complaint "shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee." 18 U.S.C. § 1964(c). Three times the sum of Rockland's damages amounts to $3,725,013.33.

As to attorney's fees, the Affidavit of J. Richard Ratcliffe states that the fees incurred by Rockland in this matter amount to $9,150.00. This sum accounts for 12.3 hours of time billed at the partner rate of $300.00 per hour, and 36.4 hours of time billed at the associate rate of $150.00 per hour. Attorney Ratcliffe has served as an expert witness regarding attorney's fees in the past and through such experience has had occasion to learn the fees typically charged by attorneys in Rhode Island. According to his experience, $300.00 per hour is a reasonable hourly rate for an experienced partner level attorney, and $150.00 per hour is a reasonable hourly rate for an associate attorney.

Finally, with respect to costs of suit, the Affidavit of J. Richard Ratcliffe identifies the following costs: filing fee of $350.00, constable fees in the amount of $105.00, and postage fees in the amount of $1.23, which brings total costs to $456.23. Accordingly, the sum total of treble damages, attorney's fees and costs amounts to $3,734,619.56.

## CONCLUSION

For the reasons set forth above, Rockland Credit Finance, LLC requests that this Court enter judgment by default against Abdelrahman Elsawabi, Thomas J. Micherone, and Fenestration Architectural Products, LLC in the amount of $3,734,619.56.

Dated this 15th day of April, 2008

The Plaintiff,
Rockland Credit Finance, LLC
By its Attorneys,

**Ratcliffe Burke Harten & Elias, LLP**

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, # 2603
Jeffrey Biolchini, # 7320
1600 Financial Plaza
Providence, R.I. 02903
(401)331-3400
(401)331-3440 Fax
Email: rratcliffe@rbhelaw.com

## CERTIFICATION

I hereby certify that Defendants are not now, nor were they at the time of the commencement of this action in the Military Service of the United States as defined in Article 1 of the "'Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor an infant nor an incompetent person, and that on the 15th day of April, 2008, a true and accurate copy of the within was mailed by both regular mail, postage prepaid, and by certified registered mail, return receipt requested, to the following defendants at the address which to the best of my knowledge is the last known address of each defendant:

Michael Egan, Esq. (Attorney for Thomas Micherone)
1865 Post Road, Suite 206
Warwick, RI 02886

Thomas Micherone
285 E. Main Street, Apt. 3
Norton, MA 02766

Abdelrahman Elsawabi
350 Country View Drive
Warwick, RI 02886
(and via email to: fenestratn@aol.com)

Fenestration Architectural Products, LLC
C/o Rhode Island Secretary of State
148 W. River Street
Providence, RI 02904

/s/ J. Richard Ratcliffe