**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ROCKLAND CREDIT FINANCE, LLC,

Plaintiff,

vs.

ABDELRAHMAN ELSAWABI;
THOMAS J. MICHERONE; and
FENESTRATION ARCHITECTURAL
PRODUCTS., LLC,

Defendants.

Case No.: 07-431 ML

**JUDGMENT BY DEFAULT**

As the Defendants in the above-entitled action have failed to plead or otherwise defend against the Plaintiff's Verified Complaint, and have failed to respond subsequent to entry of default after notice of the same via certified and regular mail,

JUDGMENT is hereby entered pursuant to Rule 55(b) of the Federal Rules of Civil Procedure against Defendants Abdelrahman Elsawabi, Thomas J. Micherone, and Fenestration Architectural Products, LLC in the principal amount of $3,734,619.56.

ENTERED:

Mary M. Lisi
USDJ 5/14/08

By order:

Barbara Barletta
Clerk

Presented this 12th day of May, 2008, by:

The Plaintiff,
Rockland Credit Finance, LLC
By its Attorneys,

**Ratcliffe Burke Harten & Elias, LLP**

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, # 2603
Jeffrey Biolchini, # 7320
1600 Financial Plaza
Providence, R.I. 02903
(401)331-3400
(401)331-3440 Fax
Email: rratcliffe@rbhelaw.com

## CERTIFICATION

I hereby certify that a copy of this proposed judgment has been served on Defendants by both regular mail, postage prepaid, and by certified registered mail, return receipt requested, at the address which to the best of my knowledge is the last known address of each defendant, and that Defendants have no objection to this form of judgment or have failed to respond subsequent to a good faith effort to communicate with them.

Michael Egan, Esq. (Attorney for Thomas Micherone)
1865 Post Road, Suite 206
Warwick, RI 02886

Thomas Micherone
285 E Main Street, Apt. 3
Norton, MA 02766

Abdelrahman Elsawabi
350 Country View Drive
Warwick, RI 02886
(and via email to: fenestratn@aol.com)

Fenestration Architectural Products, LLC
C/o Rhode Island Secretary of State
148 W. River Street
Providence, RI 02904

/s/ J. Richard Ratcliffe